## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **ANGELA A. DUMAS,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| vs. | *   Civil Action 09-00789-WS-B |
| | * |
| **MICHAEL J. ASTRUE,** | * |
| **Commissioner of** | * |
| **Social Security,** | * |
| | * |
| **Defendant.** | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated March 8, 2010, is **ADOPTED** as the opinion of this Court.

Accordingly, for good cause shown and because no answer has been filed, it is **ORDERED** that Defendant's unopposed Motion to Remand (Doc. 10) be and is hereby **GRANTED** and that this action is **REMANDED** to the Social Security Administration pursuant to sentence six of 42 U.S.C. § 405(g), so that the Commissioner can remand the case to the Administrative Law Judge to complete the administrative record.

Under this remand pursuant to sentence six of Section 405(g), Plaintiff is not a prevailing party for purposes of the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. See, Shalala v. Schafer, 509 U.S. 292, 297-298 and 300-302, 113 S. Ct. 2625, 2629 and 2631-2632, 125 L. Ed. 2d 239 (1993).

**DONE** and **ORDERED** this the 6th day of April, 2010.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE